# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISOL ZARAGOZA, an individual,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY, a Delaware Corporation,<br><br>　　　　　　Defendants. | Case No: 2:22-CV-01959-SSS-PLAx<br><br>District Judge: Sunshine Suzanne Sykes<br>Magistrate Judge: Paul L. Abrams<br><br>**ORDER OF DISMISSAL** |

　　　Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice, each side to bear its own costs and attorney's fees.

　　　**IT IS SO ORDERED.**

DATE: October 19, 2023　　　　　By: _____
　　　　　　　　　　　　　　　　　　　SUNSHINE S. SYKES
　　　　　　　　　　　　　　　　　　　U.S. DISTRICT COURT JUDGE